IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JUDITH PASZEK,<br><br>Plaintiff,<br><br>vs.<br><br>PEITZMEIER DEMOLITION & CONCRETE CUTTING, INC. and PHILIP SIEMER,<br><br>Defendants. | CV 21-11-M-KLD<br><br>ORDER |

Defendants have filed an unopposed motion to set a scheduling conference for the purpose of resetting the trial date in this matter. (Doc. 23). Accordingly, and good cause appearing,

IT IS ORDERED that Defendants' motion is GRANTED. A telephonic scheduling conference for the purpose of selecting a new trial date is scheduled for October 18, 2021, at 10:00 a.m. All counsel shall call 1-866-390-1828 at the designated time to participate in the pretrial conference. When prompted, enter the access code 8447649 followed by #.

DATED this 14th day of October, 2021.

Kathleen L. DeSoto
United States Magistrate Judge