IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JUDITH PASZEK,<br><br>              Plaintiff,<br><br>vs.<br><br>PEITZMEIER DEMOLITION & CONCRETE CUTTING, INC., and PHILIP SIEMER,<br><br>              Defendants. | CV 21-11-M-KLD<br><br><br>ORDER |

    The parties have filed a joint Stipulation for Dismissal with Prejudice, requesting that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. (Doc. 29). Accordingly,

    IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE as fully settled upon its merits, with each party to bear its owns costs and fees.

    IT IS FURTHER ORDERED that the final pretrial conference scheduled for May 2, 2022 and jury trial scheduled for May 9, 2022 are VACATED.

//

//

1

The Clerk of Court is directed to close the case file.

DATED this 23rd day of February, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge